Joseph A. Boyle
Michael A. Innes
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

Michael C. Lynch (*pro hac vice*)
Sung W. Kim (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10018
(212) 808-7800

John E. Villafranco (*pro hac vice to be filed*)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
(202) 342-8451

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| IN RE RIDDELL CONCUSSION REDUCTION LITIGATION | Civil Action No. 13-7585(JBS)(JS)<br><br>Motion Date: September 2, 2014<br>Oral Argument Requested |
|---|---|

## NOTICE OF MOTION TO DISMISS THE FIRST
## AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

VIA ECF TO:

James E. Cecchi
Caroline F. Barlett
Zachary S. Bower
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068

Dennis F. Pantazis
Craig L. Lowell
Dennis G. Pantazis, Jr.
WIGGINS CHILDS PANTAZIS FISHER
GOLDFARB LLC
The Kress Building
301 19th Street North
Birmingham. Alabama 35203

Additional counsel for Plaintiffs

PLEASE TAKE NOTICE that on September 2, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Riddell, Inc., All American Sports Corporation, Riddell Sports Group, Inc., Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corp., and RBG Holdings Corp. (collectively, "Defendants"), shall move through its attorneys Kelley Drye & Warren LLP before the Hon. Jerome B. Simandle, U.S.D.J. of the United States District Court for the District of New Jersey, Mitchell H. Cohen U.S. Courthouse and Federal Building, 400 Cooper Street, Room 1050, Camden, New Jersey 08101, for an order dismissing Plaintiffs' First Amended Consolidated Class Action Complaint, dated May 12, 2014, in its entirety pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants shall rely upon their Memorandum of Law in Support of their Motion to Dismiss the First Amended Consolidated Class Action Complaint and Declaration of Michael A. Innes (with attached exhibits) submitted herewith, together with any papers Defendants may submit in reply to any opposition filed.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that if this motion is opposed, Defendants request oral argument.

Dated:  August 1, 2014                               Respectfully submitted,

                                                                    */s/ Joseph A. Boyle*
                                                                    Joseph A. Boyle
                                                                    Michael A. Innes
                                                                    KELLEY DRYE & WARREN LLP
                                                                    200 Kimball Drive
                                                                    Parsippany, NJ 07054
                                                                    Phone: (973) 503-5900
                                                                    Fax: (973) 503-5950

Michael C. Lynch (admitted *pro hac vice*)
Sung W. Kim (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7898

John E. Villafranco (*pro hac vice to be filed*)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007
Tel: (202) 342-8400
Fax: (202) 342-8451

*Attorneys for the Defendants*

## CERTIFICATION OF SERVICE

The undersigned certifies that the foregoing Notice of Motion to Dismiss the First Amended Consolidated Class Action Complaint, Memorandum of Law in support thereof and Declaration of Michael A. Innes, Esq. were served this 1st day of August 2014, by ECF to:

| | |
|---|---|
| James E. Cecchi | Dennis F. Pantazis |
| Caroline F. Barlett | Craig L. Lowell |
| Zachary S. Bower | Dennis G. Pantazis, Jr. |
| CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C. | WIGGINS CHILDS PANTAZIS FISHER GOLDFARB LLC |
| 5 Becker Farm Road | The Kress Building |
| Roseland, New Jersey 07068 | 301 19th Street North |
| | Birmingham. Alabama 35203 |

Additional counsel for Plaintiffs

I certify that the foregoing statement make by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

Dated: August 1, 2014

                                                      /s/ Joseph A. Boyle
                                                        Joseph A. Boyle