IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE RIDDELL CONCUSSION REDUCTION LITIGATION | Civil Action No. 13-7585 (JBS/JS)<br><br>**ORDER** |

This matter having come before the Court on a motion to dismiss filed by Defendants Riddell, Inc., Riddell Sports Group, Easton-Bell Sports, LLC, EB Sports Corporation, RBG Holdings Corporation, and All American Sports Corporation (collectively, "Defendants" or "Riddell") [Docket Item 24]; and the Court having considered the submissions of the parties and having heard oral argument on December 16, 2014; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __15th__ day of __January__, **2015** hereby

ORDERED that Defendants' motion to dismiss is **DENIED IN PART AND GRANTED IN PART**; and it is further

ORDERED that Defendants' motion is **DENIED** to the extent it is based on Plaintiffs' alleged failure to comply with Rule 8; and it is further

ORDERED that Defendants' motion is **GRANTED** to the extent it is based on Plaintiffs' failure to comply with Rule 9(b) and Rule 12(b)(6); and it is further

ORDERED that Defendants' claims are dismissed without prejudice to filing a Second Amended Complaint curing the noted deficiencies within twenty-one (21) days of entry of this Order; and it is further

ORDERED that the Cohokia School District's claim under the Illinois Consumer Fraud Act is dismissed with prejudice due to lack of standing.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        Chief U.S. District Judge