IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| NORMA D. THIEL, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>RIDDELL, INC., et al.,<br><br>　　　　　　Defendants. | Civil No. 13-7585 (JBS/JS) |

**O R D E R**

　　The Court having held a discovery conference with the parties on December 17, 2015; and the Court having ruled on the parties' objections to their interrogatories and document requests; and the Court intending to expeditiously manage the case; and accordingly,

　　IT IS hereby ORDERED this 21st day of December, 2015, as follows:

　　1.　By **January 15, 2016,** the parties shall serve the final version of their interrogatories and documents requests incorporating the Court's rulings from **December 17, 2015.** By **January 21, 2016,** all objections to the revised written discovery shall be served. The only objections the Court will address are that the written discovery does not incorporate the Court's **December 17, 2015** rulings. Thereafter, the Court will issue an Order approving the written discovery and barring any objections not raised and decided on **December 17, 2015.**

　　2.　Given that the parties are on notice of the final written discovery to be served, the parties are put on notice that full and complete answers to interrogatories shall be served by **March 1, 2016.** Full and complete answers to document requests shall be

served by **March 15, 2016.** All responsive ESI and documents shall be produced on a rolling basis. By **March 15, 2016,** the parties' ESI and document production shall be complete.

    3. Prior to **January 15, 2016,** the parties shall meet and confer on all ESI issues, including the identification of custodians and search terms to use. The parties shall also meet and confer regarding the financial, sales and customer issues addressed on **December 17, 2015.** By no later than **January 15, 2016,** the parties shall serve a joint letter identifying the parties' remaining discovery disputes with the parties' respective positions. The parties shall serve plaintiffs' revised interrogatories and document requests with their joint letter. All disputes not raised by **January 15, 2016,** shall be deemed waived.

    4. The Court will conduct an in-person conference in Courtroom 3C on <u>**January 21, 2016 at 11:00 a.m.**</u>, to address all remaining discovery disputes.

    5. The parties' letter briefs regarding plaintiffs' objection to defendants' document request 49 shall be simultaneously served by **January 8, 2016.**

    6. The parties are on notice that the foregoing deadlines are firm and will not be extended except to prevent manifest injustice.

3

7. The contention interrogatories addressed at the **December 17, 2015** conference shall be answered at least thirty (30) days before the expiration of the class action fact discovery deadline to be set in a Scheduling Order to be entered.

s/ Joel Schneider  
JOEL SCHNEIDER  
United States Magistrate Judge

3