**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

**ONE JEFFERSON ROAD**

**PARSIPPANY, NJ 07054**

(973) 503-5900

FACSIMILE

(973) 503-5950

www.kelleydrye.com

JOSEPH A. BOYLE

DIRECT LINE:(973) 503-5920

EMAIL:jboyle@kelleydrye.com

April 13, 2016

**VIA ECF**

Hon. Joel Schneider
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re:    *In Re Riddell Concussion Reduction Litigation*
                1:13-CV-07585 (JBS)(JS)
                <u>Defendants' Letter re: Discovery Issues in Dispute</u>

Dear Judge Schneider:

      It has come to our attention that on April 12, 2016, Plaintiffs' counsel transmitted to the Court via facsimile Defendants' interrogatory answers containing highly confidential and commercially sensitive data and information and that were designated Confidential – Attorney's Eyes Only by Defendants.  Defendants respectfully request that access to this confidential submission from Plaintiffs remain restricted and not be made publicly available.

                                      Respectfully submitted,

                                      <u>*/s/ Joseph A. Boyle*        </u>

                                        Joseph A. Boyle

cc: All Counsel via ECF