# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                                              **DATE:** April 14, 2016

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

**TITLE OF CASE:**                                              **DOCKET NO. 13-cv-7585(JBS)**
THIEL
 v.
RIDDELL, INC. et al

**APPEARANCES:**
Clay Lowe, Zachary Bower & Ian Abowitz, Esqs. for Plaintiff
Michael Lynch & James Saylor, Esqs. for Defendants

**NATURE OF PROCEEDINGS:**   Status Conference
In-Person Status Conference held on the record.
Order to be entered.

                                                               *s/Sarah Eckert*
                                                               **DEPUTY CLERK**

**TIME COMMENCED:** 2:03 p.m.
**TIME ADJOURNED:**  2:41 p.m.
**TOTAL TIME:** 38 minutes