```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
```

| | |
|---|---|
| In re: RIDDELL CONCUSSION REDUCTION LITIGATION<br><br>NORMA D. THIEL, et al.,<br>             Plaintiffs,<br><br>   v.<br><br>RIDDELL, INC., et al.,<br>            Defendants. | Civil No. 13-7585 (JBS/JS) |

## AMENDED SCHEDULING ORDER

The Court having held a discovery and status conference with the parties on April 14, 2016,

IT IS this **19th** day of **April, 2016,** hereby **ORDERED**:

1. By **May 16, 2016,** plaintiffs shall serve full and complete responses to defendants' written discovery. The answers shall be served on a rolling basis.

2. By **May 16, 2016,** defendant shall: (1) identify the Bates numbers of the documents responsive to each of plaintiffs' document requests; (2) supplement its response to interrogatory 9 in accordance with the Court's directions; and (3) supplement its document/ESI production to include Dan Kult as a new custodian applying all of the Court Ordered search terms.

3. Plaintiffs and defendants are each limited to a total of ten (10) depositions for class certification purposes.

4. The enforcement of all third-party subpoenas served by plaintiffs is STAYED. The parties' disputes regarding the subpoenas shall be raised in time to be addressed during the next scheduled conference.

5. Pretrial factual discovery (as to class certification issues) is hereby extended to **September 30, 2016.**

6. By **October 31, 2016,** plaintiffs' motion for class certification shall be filed.

7. At least seven (7) days prior to the next scheduled conference, the parties shall send the Court a letter identifying all discovery disputes. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1). Responses shall be served two (2) days prior to the conference. All outstanding discovery issues not raised shall be deemed waived.

       8.   The Court will conduct an in-person discovery and status conference on **June 8, 2016 at 2:00 p.m.**

       **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                          <u>s/ Joel Schneider</u>
                                          JOEL SCHNEIDER
                                          United States Magistrate Judge