# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
PETER G. STEWART
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)
ELLIOT M. OLSTEIN (1939-2014)

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

FRANCIS C. HAND
AVRAM S. EULE
RAYMOND W. FISHER
CHRISTOPHER H. WESTRICK*

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT*
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
JOHN V. KELLY III
*MEMBER NY BAR ONLY
+MEMBER FL BAR ONLY

September 28, 2016

*Via ECF*
Honorable Joel Schneider, U.S.M.J.
United States District Court,
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Square
Camden, New Jersey 08101

Re: *In Re Riddell Concussion Reduction Litigation*
    Civil Action No. 13-07585 (JBS) (JS)

Dear Judge Schneider,

This letter is filed by Plaintiffs to request that Plaintiffs' Class Certification Deadline as set out in Doc. 148 be extended. Plaintiffs have conferred with Defendants and Defendants do not oppose Plaintiffs' request.

The parties are nearing the end of the discovery period for class certification issues. By the end of next week, five of the Plaintiffs (or their representatives) will have been deposed and four of Defendant's employees or representatives will have been deposed. However, the second and final 30(b)(6) representative for Defendant (Allison Boersma) cannot be deposed until October 12, 2016, due to her work schedule. The current deadline to submit Plaintiffs' Motion for Class Certification is October 31, 2016. See Doc. 148.

In light of the fact that expert reports will be submitted with the Class Certification Brief, it is important that Plaintiffs have time to obtain and review the testimony of the remaining 30(b)(6) representative prior to preparing and submitting their brief. As such, Plaintiffs request that the deadline to file their Motion for Class Certification be extended to November 15, 2016. Plaintiffs submit the attached proposed Amended Scheduling Order as Exhibit A.

Honorable Joel Schneider, U.S.M.J.
September 28, 2016
Page 2

 

Plaintiffs hereby request that the Court enter the proposed Amended Scheduling Order to promote the just and expedient adjudication of this case, but also provide the appropriate time necessary to litigate a case of this magnitude.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ *James E. Cecchi*

JAMES E. CECCHI

JEC/ljt
cc: All Counsel of Record (via ECF)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: RIDDELL CONCUSSION REDUCTION LITIGATION<br><br>NORMA D. THIEL, et al.,<br>                  Plaintiffs,<br>    v.<br>RIDDELL, INC., et al.,<br>                  Defendants. | Civil Action No.  13-7585 (JBS-JS) |

## SECOND AMENDED SCHEDULING ORDER

The Court having considered Plaintiffs' Unopposed Letter to Extend Plaintiffs' Class Certification Deadline,

IT IS this _____ day of _____, 2016, hereby **ORDERED**:

1. Plaintiffs' unopposed request to extend the deadline for Plaintiffs' Motion for Class Certification, previously set for October 31, 2016, is **granted**; and

2. Plaintiffs' Motion for Class Certification shall be filed by **November 15, 2016**.

                                                      _____
                                                      JOEL SCHNEIDER
                                                      United States Magistrate Judge