THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: RIDDELL CONCUSSION REDUCTION LITIGATION | Civil No. 13-7585 (JBS/JS) |

**O R D E R**

The Court having ruled on the alleged discovery deficiencies raised in defendants' September 23, 2016 letter [Doc. No. 167]; and this Order intending to confirm the Court's rulings made during the discovery telephone conference on September 30, 2016; and accordingly,

IT IS hereby ORDERED this 3rd day of October, 2016, as follows:

1. The Aronson plaintiffs shall produce their relevant social media postings for the years 2008-2011.

2. Defendants' objections to plaintiffs' attorney-client privilege objections regarding their theories of liability and damages are OVERRULED.

3. The parties' dispute regarding Alliance Youth Sports Association's alleged deficiencies is deferred.

4. As to the listed disputes regarding the Aronson plaintiffs:

(a) Discovery regarding Mr. Aronson's other lawsuits is DENIED.

(b) Plaintiffs shall produce documents regarding the purchase and use of any football helmet used by their sons prior to 2012, including photographs.

(c) Discovery regarding concussions suffered by Nico Aronson is DENIED.

(d) Documents regarding the requested years of attendance at DePaul shall be provided by DePaul. Defendants may question Ms. Aronson about this subject area at her deposition; and it is further

ORDERED plaintiffs shall produce the foregoing discovery by October 14, 2016.

s/Joel Schneider<br>
JOEL SCHNEIDER<br>
United States Magistrate Judge