THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re RIDDELL CONCUSSION

REDUCTION LITIGATION

Civil No. 13-7585 (JBS/JS)

**O R D E R**

This matter is before the Court on plaintiffs' challenge to 272 documents on defendants' privilege log; and the Court having received defendants' response; and the Court exercising its discretion not to hold oral argument (Fed. R. Civ. P. 78; L. Civ. R. 78.1); and the Court having reviewed defendants' documents in camera; and for all the reasons stated in the Court's accompanying Opinion,

IT IS HEREBY ORDERED this 5th day of December, 2016, that plaintiffs' challenges are SUSTAINED in part and OVERRULED in part. Plaintiffs' objections are SUSTAINED as to all documents to be produced. Plaintiffs' objections are OVERRULED as to all documents that do not have to be produced; and it is further

ORDERED that all documents listed on defendants' Exhibit I shall be produced except for PRIV 102, 576 and 1448; and it is further

ORDERED that all documents listed on Exhibit J shall be produced except PRIV 216, 218 (only 1/14/11, 11:10 a.m. email), 325, 390, 443 (only 1/14/11, 12:22 a.m. email), 448, 455, 560, 666 and 1716 (only 10/15/10, 1:14 p.m. email); and it is further

ORDERED that all documents listed on defendants' Exhibit K shall be produced except PRIV 766, 770, 818, 840, 1186, 1199, and 1285; and it is further

ORDERED that except for PRIV 488 all documents listed on Exhibit L shall be produced; and it is further

ORDERED that the foregoing documents shall be produced by December 12, 2016.[1]

                    s/Joel Schneider
                    JOEL SCHNEIDER
                    United States Magistrate Judge

---

[1] The Court will discard its copy of Riddell's documents thirty (30) days after entry of this Order.