# RIDDELL SIDELINE RESPONSE SYSTEM



CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014307

# Riddell

---

# RIDDELL RESEARCH = THE MODERN FOOTBALL HELMET

| REVOLUTION | REVOLUTION IQ | REVOLUTION SPEED | 360 |

   



★★★★★ RIDDELL® 360
★★★★★ RIDDELL® REVOLUTION SPEED
★★★★ RIDDELL® REVOLUTION
★★★★ RIDDELL® REVOLUTION IQ

---

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    RIDDELL00014308



# Riddell

# T-GEN + RIDDELL = SEEKING THE NEXT BREAKTHROUGH

- TGen is a Phoenix, Arizona based non-profit research organization
    - Focus on research on neurological disorders, cancer and diabetes
- Study is designed to advance concussion detection and treatment
    - Merging an athlete's genetic information with data captured by the Riddell Sideline Response System
    - Specific Objectives
        - Develop a simple medical test for concussion
        - Utilize learnings to further inform football helmet development
        - Refine impact monitoring and alerting technology
    - Study will begin with football, but has the potential to improve helmets for all sports
- Pilot study underway Fall 2013 with Arizona State University

13

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                RIDDELL00014310

# TWO MILLION POINTS OF IMPACT AND COUNTING

CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014311





CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014313



# Riddell
### INSITE

  



| INSTRUMENTED OVERLINER | ALERT MONITOR | PLAYER ASSESSMENT |
|---|---|---|
| Sensor pads placed inside the helmet | On the field with the athletic trainer or coach | Computer software to download player alerts to a team database |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014314

# CORE EQUIPMENT

CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014315



# THE DOME

- The world's deepest talent pool committed to state of the art in head protection
- Advanced concepts expertise - engineering, design, materials and testing

CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014316

# Riddell SPEEDFLEX

THE FLEX SYSTEM

COMPOSITE ENERGY MANAGING MATERIALS

RATCHET-IC RETENTION SYSTEM

ALL-POINTS QUICK RELEASE

5-POINT CUSTOM INFLATION

LINER ATTACHMENT SYSTEM

NITRONIC STEEL FACEMASK

TRU-CURVE LINER SYSTEM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014317