

CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014318



**Riddell**

# RIDDELL CUSTOM POWER SHOULDER PADS

- Industry Innovation Leader
    - More Custom Power shoulder pads are found in NFL lockers than any other brand
    - Highly customizable products
    - Custom Pro Shop to fit every player's need
    - Lightweight, agile, increased mobility and advanced protection

- RipKord Technology
    - Integrated Shoulder Pad Release System
    - Commitment to player protection
    - Developed with and Demanded by Sports Medicine Community



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    RIDDELL00014320

# INDUSTRY AND EDUCATION

24

CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014321

# Riddell

# RIDDELL'S INDUSTRY LEADERSHIP

- Helmet Standards
    - Riddell instrumental in establishment of NOCSAE (1969)
    - First to meet standard (PAC-3 helmet, 1973)
- Communication
    - Led efforts to standardize warnings through NOCSAE
    - First with warnings on helmets (1982)
- Reconditioning + Recertification
    - Founding member of NAERA (1975)
    - Leader in establishing recertification standards
- Helmet Lifecycle + Technology Adoption
    - 10-year life policy
        - Riddell policy (1989)
        - Driving industry policy (2011)
    - Helmet date marketing
        - Clearly communicating helmet age
    - Concussion Awareness Hangtags
- Leading supporter for the NFL's helmet replacement and reconditioning initiative



CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Riddell

# GRASSROOTS EDUCATION = PARTICIPATION








26

CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014323

# Riddell

# RIDDELL'S GRASSROOTS REACH

- Resources
    - Direct Sales Force, Direct to Consumer capabilities (web/phone), Retail Relationship
- Provides multiple opportunities / touch points to drive key initiatives such as: Heads Up Football
- Depth + Coverage
    - Riddell Sales Force ~ 250 that touches
        - Players, Coaches, Equipment Managers, Parents
        - State Coaching Clinics / Forums / Glazier Clinics
- Direct to Consumer (Web/Phone/Customer Service)
    - Players, Parents, Others
- Retail
    - Players, Parents
    - Broader Public







EQUIPMENT MANAGERS ASSOCIATION

MAY 20, 2014

# PROTECT AND PERFORM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

RIDDELL00014325