UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                          April 11, 2017

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter:  Lisa Marcus

Title of Case:                                           Docket #  13-7585(JBS/JS)
In Re: Riddell Concussion Reduction Lititgation
Thiel vs. Riddell, Inc., Et al

Appearances:
Clay Lowe, Esq. for plaintiffs
James Cecchi, Esq. for plaintiffs
Dennis F. Pantazis, Esq for plaintiffs
Dennis G. Pantazis, Jr., Esq. for plaintiffs
Joseph Boyle, Esq. for defts
Mike Lynch, Esq. for defts.
James Saylor, Esq. for defts.

Nature of Proceedings:     MOTION HEARING

Hearing on motion by plaintiff for class certification pursuant to Rule 23 of classes and subclasses (187) Ordered Decision Reserved
Hearing on motion by deft. to excluded expert reports and deposition testimony of Robert Klein(216); Charles Cowan (218); Barry D. Jordan (220); Robert Cantu (222). Ordered Decision Reserved

Time Commenced 10:00 am Time Adjourned  12:50 pm Total Time: 2 Hrs 50 Minutes

                                                s/ *Marnie Maccariella*
                                                **DEPUTY CLERK**

cc:  Chambers