```
             IN THE UNITED STATES DISTRICT
              FOR THE DISTRICT OF NEW JERSEY
```

In re:  RIDDELL CONCUSSION
REDUCTION LITIGATION                HONORABLE JEROME B. SIMANDLE

NORMA D. THIEL, et al.,             Civil No. 13-7585 (JBS-JS)

          Plaintiffs,
                                            **ORDER**
     v.

RIDDELL, INC., et al.,

          Defendants

    Counsel in the above-captioned case have reported through their Mediator that have a potential settlement agreement and that they intend to seek preliminary approval of a class-wide settlement soon; and for good cause shown;

    IT IS this **1st** day of **May**, **2017** hereby

    ORDERED that the parties' motions to seal [Docket Items 211 & 241] shall be GRANTED; and it is further

    ORDERED that the Clerk of Court shall administratively terminate the following pending motions: Plaintiffs' Motion for Class Certification Pursuant to Rule 23 [Docket Item 187]; Defendants' Objections to the Opinion and Order of Magistrate Judge Schneider [Docket Item 204]; Defendants' Motion to Exclude the Expert Report of Robert Klein [Docket Item 216]; Defendants' Motion to Exclude the Expert Report of Charles Cowan [Docket

Item 218]; Defendants' Motion to Exclude the Expert Report of Barry D. Jordan [Docket Item 220]; and Defendants' Motion to Exclude the Expert Report of Robert C. Cantu [Docket Item 222]; and it is further

ORDERED that the parties shall submit their motion for preliminary approval and notice of a proposed settlement pursuant to Rule 23(e), Fed. R. Civ. P., by May 22, 2017, unless extended for good cause shown.

                                             **s/ Jerome B. Simandle**
                                             JEROME B. SIMANDLE
                                             Chief U.S. District Judge