UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE RIDDELL CONCUSSION REDUCTION LITIGATION | Civil Action No. 13-7585 (JBS) (JS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiffs Norma Thiel, Denise Aronson, Douglas Aronson, Nicholas Farrell, Gustavo Galvan, and Alliance Youth Sports Association (collectively, the "Plaintiffs"), and Defendants Riddell, Inc., Riddell Sports Group, Easton-Bell Sports, Inc., Easton-Bell Sports, LLC, EB Sports Corporation, RBG Holdings Corporation, All American Sports Corporation (collectively, "Defendants"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action shall be dismissed with prejudice, and without costs to any party.

Dated: May 25 2017

By: /s/ James E. Cecchi
James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER & GOLDFARB, LLC
301 Nineteenth Street North
Birmingham, Alabama 35203
(205) 314-0500

*Attorneys for Plaintiffs*

By: /s/ Joseph A. Boyle
Joseph A. Boyle
Michael C. Lynch
Melissa Byroade
James B. Saylor
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, New Jersey 07054
(973) 503-5900

*Attorneys for Defendants*

**So Ordered this** 2nd **day of June, 2017**

/s/ Jerome B. Simandle
JEROME B. SIMANDLE
U.S. District Judge